**FILED**

JAMES J. VILT, JR. - CLERK

FEB 1 3 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# FORM    A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10        UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Byran Christopher Jones

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

Christian County Jail

_____

_____

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:23-cv-23-BJB
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

(A)  **Plaintiff(s).**  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

(1)  Name of Plaintiff:  Byran Christopher Jones

Place of Confinement:  Christian County Jail

Address:  410 West 7th Street

Status of Plaintiff:  CONVICTED ( ✓ )    PRETRIAL DETAINEE ( )

(2)  Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED (___)  PRETRIAL DETAINEE (___)

(3)  Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED (___)  PRETRIAL DETAINEE (___)

**(B)  Defendant(s).**  Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued.  Repeat this procedure for each additional Defendant named, if any.

(1)  Defendant _Christian County Jail_____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(2)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.    PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (✓)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

    Plaintiff(s):    _____

               _____

    Defendant(s):  _____

               _____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On January 31, 2023 I Byran Christopher Jones woke up at around about 10:30 Am and observed that I had symptoms of a stroke after further analysis 24 hrs later was belpalsy. I was denied proper medical attention. I was place in the law and left at approximately 10:00 pm and left the with nothing but a mat and a cover. The checked my high blood pressure which was 194/111 and then left there and when doctors got to the facility it still took another hour to be seen. This is a direct violation of my 8th amendment right. Cruel and unsual treatment.

IV.    RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_____  award money damages in the amount of $ _100,000_____

_____  grant injunctive relief by_____

_____  award punitive damages in the amount of $ _1000,000_____

_____  other: _possible surgery to my right eye nerve_

V.    DECLARATION UNDER PENALTY OF PERJURY
      (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _1_ day of _February_, 20_23_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)