# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

**BYRAN CHRISTOPHER JONES**          **PLAINTIFF**

**v.**          **CIVIL ACTION NO. 5:23-CV-P23-JHM**

**CHRISTIAN COUNTY JAIL**          **DEFENDANT**

## ORDER

For the reasons set forth in the Memorandum entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a **final** Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: June 26, 2023

*Joseph H. McKinley Jr., Senior Judge*
United States District Court

cc:     Plaintiff, *pro se*
4414.009